IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ALISHA J. GLISSON | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 3:12-cv-00352 |
| | ) | Chief Judge Haynes |
| DEBRA JOHNSON, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

*[handwritten: This motion is GRANTED. /s/ 6-28-13]*

## MOTION TO ALLOW MANUAL FILING OF STATE-COURT EXHIBIT

The respondent, having been notified by the Court that it will not accept manual filing of evidence without prior authorization, hereby respectfully requests permission to manually file the DVD exhibit from the petitioner's trial that was previously identified as Exhibit 1 to the respondent's notice of filing. [D.E. No. 22.] As supporting grounds the respondent states that she is required to file relevant portions of the State court record pursuant to Rule 4 of the Rules Governing 2254 Cases, and this exhibit cannot be electronically filed.

Respectfully submitted,

ROBERT E. COOPER, JR.
Attorney General & Reporter

/s/Andrew H. Smith
ANDREW H. SMITH
Assistant Attorney General
Attorney General's Office
Law Enforcement and
Special Prosecutions
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-4349
B.P.R. No. 26594